Rev. 5/20

# United States District Court
## Middle District of Florida
## Fort Myers Division

**JASON DANIEL AYCOX**
_(In the space above enter the full legal name of the plaintiff)_

-against-

~~Corrections Corporation~~
**STATE OF FLORIDA**
**BRCE, KYLE**
**BRYCE BECKER**
**AMIRA. D FOX**

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

Case No. **2:23cv690-JLB-KCD**
(To be filled out by Clerk's Office only)

**COMPLAINT**
(_Pro Se_ Confined Litigant)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

AYCOX, JASON DANIEL
Name (Last, First, MI)                Aliases

256920
Identification #

LEE County Jail
Place of Detention

2115 MLK Blvd
Institutional Address

LEE,  FORT MYERS    Fl          33901
County, City        State        Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __STATE OF FLORIDA__
Name (Last, First)

__STATE of florida__
Current Job Title

__1700 monroe street__
Current Work Address

__LEE, FORT MYERS__  __Fl__  __33901__
County, City             State      Zip Code

Defendant 2: __KYLE, BRUCE__
Name (Last, First)

__Judge for the 20th Judical Circuit__
Current Job Title

__1700 MONROE STREET__
Current Work Address

__LEE, FORT myers__  __Fl__  __33901__
County, City             State      Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: BECKER, BRYCE
Name (Last, First)

ASSISTANT STATE ATTORNEY
Current Job Title

2000 MAIN STREET
Current Work Address

LEE, FORT MYERS, Fl.   33901
County, City   State   Zip Code


Defendant 4: FOX, AMIRA D
Name (Last, First)

STATE ATTORNEY
Current Job Title

2000 MAIN STREET
Current Work Address

LEE, FORT MYERS Fl   33901
County, City   State   Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 1700 Monroe Street, Fort Myers, FL 33901 Judge Bruce Kyle Courtroom 20th Judical Circuit

Date(s) of occurrence: June 13th 2023

State which of your federal constitutional or federal statutory rights have been violated:

U.S.C.A. Amendment 1; U.S.C.A. Amendment 5 and 14 "Due Process" Fla. Const. Amend §2, §9 and §21.

State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).

FACTS:

[What happened to you?]

On June 13th 2023 the State of Florida Judge Bruce Kyle and ASA Bryce Becker signed a court order "Revoking all my communication and mail privileges" at Lee County Jail. Denying me all communication with the following Judges, Courts and Attorneys on serious pending legal cases:

1. #23-CF-014435 with Judge Bruce Kyle of the 20th Judical Circuit, where Michael Baker was counsel.
2. #22-mm-022059 with Judge Devin George of the 20th Judical Circuit and Mark Youngblood as counsel
3. L.T. No.: 36-2022-mm-022059 #6D23-0878 with the Sixth Dist Court of Appeal and Howard Dimmig as counsel.

I was denied "All Communication" with Judges, Attorneys and Courts, therefore having my rights violated under U.S.C.A. Amendment 5th and 14th to Due Process.

V. STATEMENT OF CLAIM-1

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CRIMINAL DIVISION

STATE OF FLORIDA
Plaintiff(s),

vs.

Case No.: 23-CF-014435;

22-CF-14701; 22-CF-~~14435~~ 14749

JASON DANIEL AYCOX
Defendant(s).

## ORDER STRIKING DEFENDANT'S PRO SE MOTIONS

**THIS CAUSE** comes before the court on the defendant's numerous pro se motions that have been repeatedly filed and stricken, whereas on June 12 duplicative motions to sever, participate in discovery, motions for acquittal, etc. were filed. Likewise, an additional pro se motion to suppress has been filed June 13.

All are stricken as a nullity due to the defendant currently being represented by counsel. Due to the nature of the motions to withdraw, a Nelson hearing will be conducted at the next court date. Likewise, since the defendant knows he can not file these motions currently, and yet chooses to waste the courts time in this repetitious behavior, **all the defendant's mail and communication privileges at the Lee County jail are revoked until addressed at the Nelson hearing.**

**DONE AND ORDERED**, in Fort Myers, Lee County, Florida on this 13th day of June, 2023.

eSigned by Bruce Kyle 06/13/2023 13:03:45 v1qEH1oX
Bruce Kyle

Electronic Service via State eFile Portal:
Michael J P Baker Esq <BakerAssociatesLaw@aol.com>,
<bakercriminallaw@aol.com>
State Attorney 20th Circuit <eService@sao20.org>
Lee County Sheriff's Office <CorrectionsRecordsManagementUnit@SheriffLeeFl.org>

And by U.S. Mail: Jason Aycox, #256920, Lee County Jail, 2115 Martin Luther King Blvd. Jr., Fort Myers, FL 33901

By: Ashley L.
Judicial Assistant

469

Rev. 5/20

**Who did what?**

Judge Bruce Kyle and the Assistant State Attorney "Court Ordered" Revoking All my Communication Privileges" denying me my Right to Communicate with multiple Judges, Attorneys and Courts on serious pending Legal cases. This Court Order was unlawful and unconstitutional and violative of the U.S.C.A Amendment 1 "Freedom of Speech"; the U.S.C.A Amendment 5 "Due Process"; The U.S.C.A Amendment 14 "Due Process of Law"; The Fla. Const. Amendment § 2 "Basic-Equal Rights"; The Fla. Const. Amendment § 9 "Due Process"; The Fla Const. Amendment § 21 "Access to Court may not be denied or delayed". The States order to "Revoke All Communication" can not be construed as, some, part of or anything outside of All "Everything in its Entirety". The Lee County Jail placed me on 24 hour lock down, segregated in a single man cell due to this malicious order. Judge Bruce Kyle tried to say they issued this order due to my filing multiple Pro-Se motions, But The State, Judge Bruce Kyle or the Clerk of Courts Never Responded to one of my Pro-Se motions, The Record was Never Attached And There is No Record of Any Responses They claim to of Sent. Lee County Jail mail policy Records All Legal Responses and any mail And said They Never Recieved any of the Courts Responses.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Page 6 of 10

Rev. 5/20

**Was anyone else involved?**

The State of Florida;

Judge Bruce Kyle;

Assistant State Attorney Bruce Becker;

Lee County Sheriff / Lee County Jail

Rev. 5/20

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The Plantiff hereby moves this Court to Dismiss/Sever/Vacate charges on Case #23-CF-014435, #22-CF-014749 And #22-CF-014701, ~~[scratched out]~~ And Immedietly Reinstate my State Probation on Case #22-CF-014749 And #22-CF-014701. And Redirect the Lower Tribunal Court Judge Bruce Kyle And the State of Florida, to Dismiss Case 23-CF-014435 ~~[scratched out]~~

Rev. 5/20

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:

Have you to date brought any other lawsuits in state or federal court while a confined?   ☒ Yes   ☐ No

If yes, how many? __2__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

2:23-CV-00546-SPC-NPM  dismissed without Prejudice
2:23-CV-579-JES-NPm  dismissed without Prejudice
Both with U.S Dist Court middle dist of Fla.

Page 9 of 10

Rev. 5/20

IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

July 20th 2023
Dated

Plaintiff's Signature

AYCOX, JASON DANIEL
Printed Name (Last, First, MI)

256920
Identification #

LEE County Sheriff Jail    Fort myers    Fl    33901
Institutional Name          City           State  Zip Code